UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC D. SMITH,<br><br>        Petitioner,<br>v.<br><br>STAN KNIGHT,<br><br>        Respondent. | )<br>)<br>)<br>)   No. 1:07-cv-126-DFH-JMS<br>)<br>)<br>)<br>) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 5/15/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Eric D. Smith , DOC #112675
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov